IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DIMETRUS HERBERT,

      Appellant,

 v.

Case No. 5D21-3163
LT Case No. 2019-301760-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Volusia County,
Matthew M. Foxman, Judge.

Matthew J. Metz, Public Defender,
and George D.E. Burden, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.